# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| David Tsehai Embaye, | Civil No. 14-cv-2896 (PJS/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Minneapolis Police Department, Officer Omar Foulkes, Officer Brandon Kitzerow, and Officer Walter Ivan Alvarado, | |
| Defendants. | |

---

David Tsehai Embaye, OID #228576, MCF-Faribault, 1101 Linden Lane, Faribault, MN 55021-6400 (*pro se* Plaintiff);

C. Lynne Fundingsland, Minneapolis City Attorney's Office, 350 South Fifth Street, Room 210, Minneapolis, MN 55415 (for Defendants).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated October 22, 2015 (ECF No. 61), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that the State of Minnesota is **DISMISSED** from this action.


Date:  November 13, 2015                           s/Patrick J. Schiltz                
                                                                           The Honorable Patrick J. Schiltz
                                                                           United States District Court Judge
                                                                           for the District of Minnesota