# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

David Tsehai Embaye,                                    Civil No. 14-cv-2896 (PJS/TNL)

    Plaintiff,

v.                                                      **ORDER**

Minneapolis Police Department; Officer Omar
Foulkes, Officer Brandon Kitzerow, and
Officer Walter Ivan Alvarado, each in their
individual and official capacities,

    Defendants.

---

David Tsehai Embaye, #228576, MCF Faribault, 1101 Linden Lane, Faribault, MN 55021-6400 (*pro se* Plaintiff);

Timothy S. Skarda, Minneapolis City Attorney's Office, 350 South Fifth Street, Room 210, Minneapolis, MN 55415 (for Defendants).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated June 22, 2016 (ECF No. 88), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment (ECF No. 64) is **GRANTED.**

2. This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  July 21, 2016                                    s/Patrick J. Schiltz
                                                                                                 The Honorable Patrick J. Schiltz
                                                                                                 United States District Court Judge
                                                                                                 for the District of Minnesota